UNITED STATES DISTRICT COURT

Northern District of California

AMRIT KOHLI,                                  No. C 13-03199 MEJ

            Plaintiff(s),                  **NOTICE DIRECTING PLAINTIFF TO FILE CONSENT OR DECLINATION**

    v.

MCKESSON CORP.,

            Defendant(s).

_____/

        Pending before the Court is Defendant's Motion to Dismiss. Upon review of the record in this action, the Court notes that a written consent to magistrate judge jurisdiction has not been filed by Plaintiff Amrit Kohli. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

        You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether Plaintiff consent(s) to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by August 1, 2013.

Dated: July 19, 2013                                 _____
                                                               Rose Maher, Courtroom Deputy to
                                                               Maria-Elena James,
                                                               United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AMRIT KOHLI

        Plaintiff,

  v.

MCKESSON CORP.

        Defendant.

Case Number: 13-03199 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amrit Kohli
P.O. Box 31793
San Francisco, CA 94131

Dated: July 19, 2013

        Richard W. Wieking, Clerk
        By: Rose Maher, Deputy Clerk

2