IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRIT KOHLI,<br><br>        Plaintiff,<br><br>  v.<br><br>MCKESSON CORP.,<br><br>        Defendant. | No. C 13-03199 CRB<br><br>**JUDGMENT** |

    Having granted Defendant's Motion to Dismiss, the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 31, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE